**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN OHIO DISTRICT**
**EASTERN DIVISION**

**CHASIDY M.,**
    **Plaintiff,**

**v.**                                                 Case No. 2:21-cv-4679
                                                           JUDGE EDMUND A. SARGUS, JR.
**COMMISSIONER OF SOCIAL SECURITY,**    Magistrate Judge Karen Litkovitz
    **Defendant.**

**OPINION AND ORDER**

On July 13, 2022, the Magistrate Judge in this case issued a Report and Recommendation proposing that the decision of the Commissioner, denying disability benefits to the Plaintiff, be reversed and this case be remanded. (ECF No. 14.) Defendant filed a timely objection. (ECF No. 15) and Plaintiff filed a response to that objection (ECF No. 16). The undersigned has reviewed the objection, the Magistrate Judge's Report and Recommendation, and the decision of the Commissioner at the administrative record. This Court's review leaves no question that the Magistrate Judge correctly concluded this case must be remanded for further proceedings, including reconsideration of Dr. Frantz's hepatitis C-related opinion, plaintiff's RFC assessment, and vocational considerations consistent with this decision. For proper consideration of all of the medical and testimony evidence of record, and for the taking of additional vocational testimony.

The Court therefore **ADOPTS** the Report and Recommendation of the Magistrate Judge (ECF No. 14), **REVERSES** the ALJ's finding, and **REMANDS** to the Commissioner for additional review consistent with this decision.

    **IT IS SO ORDERED.**

**Date: 9/28/2022**                                     s/Edmund A. Sargus, Jr.
                                                          **EDMUND A. SARGUS, JR., JUDGE**
                                                          **UNITED STATES DISTRICT JUDGE**