**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CHASIDY M.,**

         **Plaintiff,**              **Case No. 2:21-cv-4679**
                                  **JUDGE EDMUND A. SARGUS, JR.**
         **v.**                     **Magistrate Judge Karen Litkovitz**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

         **Defendant.**

## ORDER

    The parties' petition and Joint Stipulation for an Award of Attorney's Fees under the Equal

Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorney's

fees and expenses in the amount of $5,100.00 is **GRANTED**. (ECF No. 19.) Accordingly, Plaintiff

is **AWARDED** attorney's fees, expenses, and costs in the amount of **$5,100.00**, payable to

Plaintiff. This award fully satisfies all of Plaintiff's claims for fees, costs, and expenses under 28

U.S.C. § 2412. Pursuant to the stipulation, the fee award shall be made payable to Plaintiff. Any

fees belonging to Plaintiff, and not her attorney, can be offset to satisfy pre-existing debt that

Plaintiff owes to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

    After the Court enters this award, if counsel for the parties can verify that Plaintiff owes

no pre-existing debts to the United States that are subject to offset, Defendant shall direct that the

award be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff

and Plaintiff's Counsel.

**IT IS SO ORDERED.**

1/4/2023            s/Edmund A. Sargus, Jr.
DATE             EDMUND A. SARGUS, JR.
                 UNITED STATES DISTRICT JUDGE